```
 1  CAROL C. LAM
    United States Attorney
 2  STEVE MILLER
    Assistant U.S. Attorney
 3  California State Bar No. 138020
    United States Courthouse
 4  940 Front Street, Room 5152
    San Diego, California  92189-0150
 5  Telephone: (619) 557-5432

 6  Attorneys for Plaintiff
    United States of America
 7
```

FILED
SEP - 5 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 06cr1763-TW |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE AND ~~PROPOSED~~ ORDER |
| v. | |
| JUAN ANTONIO CANO, | |
| Defendant. | |

   COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and Steve Miller, Assistant United States Attorney, and hereby files its motion to dismiss the indictment without prejudice and proposed order.

   DATED: September 5, 2006,

Respectfully submitted,

CAROL C. LAM
United States Attorney

/s/ Steve Miller

STEVE MILLER
Assistant U.S. Attorney

1  IT IS HEREBY ORDERED that the Government's motion to dismiss Indictment 06cr1763-W, be granted, and the case against JUAN ANTONIO CANO be dismissed without prejudice.

IT IS FURTHER ORDERED that the motions hearing date of September 25, 2006, be vacated and the any bond be exonerated and the defendant be released from custody.

IT IS SO ORDERED

_____ 9/5/06
THOMAS J. WHELAN
U.S. District Court Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 06CR1763W |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Juan Antonio Cano | ) | Booking No. 95922198 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __9-5-06__
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other _____

Received _____
DUSM

UNITED STATES MAGISTRATE JUDGE

OR

by _C. Trimble_
Deputy Clerk

Crim-9  (Rev 6-95)                ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY